THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 William Allen Owens, Appellant.
 
 
 

Appeal From Barnwell County
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2011-UP-339   
 Submitted June 1, 2011  Filed June 28,
2011

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Robert M. Dudek,
 of Columbia, for Appellant.
 Attorney General Alan M. Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald
 J. Zelenka, all of Columbia; and Solicitor J. Strom Thurmond, Jr., of Aiken,
 for Respondent.
 
 
 

PER CURIAM: William Allen Owens appeals his conviction for murder
 and possession of a firearm during the commission of a violent crime, arguing
 the trial court erred in refusing to allow Owens to introduce evidence
 providing context for his defense that the victim was killed by gang members
 related to the victim's son.  After a thorough
 review of the record, Owens's pro se brief, and counsel's brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., HUFF and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.